WILLIAM TORREY, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 25474.)

Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ. [175 Misc. 259.]

JOHN KENNEDY, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 25478.)

Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ. [175 Misc. 259.]

GERTRUDE Q. ERLICH, Individually and as Executrix of HENRY ERLICH, Deceased, Respondent, v. MAX I. LANDMAN, Appellant.—

Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ. [179 Misc. 972.]